Richard B. Kendall (State Bar No. 90072)
Alan J. Heinrich (State Bar No. 212782)
Gregory A. Fayer (State Bar No. 232303)
Nicholas Morgan (State Bar No. 241475)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff,
Natural Resources Defense Council, Inc.

Joel R. Reynolds (State Bar No. 85276)
Cara A. Horowitz (State Bar No. 220701)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, CA 90401
Telephone: (310) 434-2300
Facsimile: (310) 434-2399

Attorneys for Plaintiffs
Natural Resources Defense Council, Inc.;
International Fund for Animal Welfare;
Cetacean Society International;
League For Coastal Protection;
Ocean Futures Society; and Jean-Michel Cousteau

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; INTERNATIONAL FUND FOR ANIMAL WELFARE; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; AND JEAN-MICHEL COUSTEAU,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD C. WINTER, Secretary of the Navy; AND UNITED STATES DEPARTMENT OF THE NAVY,<br><br>Defendants. | Case No. CV05 - 7513 FMC (FMOx)<br><br>[PROPOSED] ORDER RE STIPULATION TO MODIFY HEARING AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT<br><br>Judge: Hon. Florence-Marie Cooper<br>Ctrm: 750 |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1454758.1

[PROPOSED] ORDER RE JOINT STIPULATION
(Case No CV05 7513 FMC (FMOx))

# [PROPOSED] ORDER

The Court hereby sets the briefing and hearing schedule on Defendants' Motion to Dismiss, or, in the Alternative, for Summary Judgment as follows:

1. Opposition papers shall be filed and served on or before April 10, 2006; and
2. Reply papers shall be filed and served on or before May 10, 2006.
3. The Motion shall be heard at 10 a.m. on May 22, 2006 in Courtroom 750.

Service shall be by overnight mail.

Dated: Feb. 24, 2006

Hon. Florence-Marie Cooper
United States District Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1454758.1

- 1 -

[PROPOSED] ORDER RE JOINT STIPULATION
(Case No CV05 - 7513 FMC (FMOx))