Richard B. Kendall (State Bar No. 90072)
Gregory A. Fayer (State Bar No. 232303)
Josh B. Gordon (State Bar. No. 244818)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199
Email: gfayer@irell.com

Attorneys for Plaintiff
Natural Resources Defense Council, Inc.

Joel R. Reynolds (State Bar No. 85276)
Stephen Zak Smith (State Bar No. 228913)
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, CA 90401
Telephone:   (310) 434-2300
Facsimile:   (310) 434-2399
Email: zsmith@nrdc.org

Attorneys for Plaintiffs
Natural Resources Defense Council, Inc.;
International Fund for Animal Welfare;
Cetacean Society International;
League For Coastal Protection;
Ocean Futures Society; and Jean-Michel Cousteau

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD C. WINTER, Secretary of the Navy, et al.,<br><br>Defendants. | Case No. 05-cv-07513-FMC (FMOx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Hon. Florence-Marie Cooper<br>U.S. District Judge |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby jointly stipulate to dismissal with prejudice of the above-captioned case.

Dated: December 26, 2008

IRELL & MANELLA LLP
Richard B. Kendall
Gregory A. Fayer
Josh B. Gordon
Holly L. Gershow

By: /s/ Richard B. Kendall /hg
Richard B. Kendall

Attorneys for Plaintiffs Natural Resources Defense Council, Inc.

Dated: December 24, 2008

NATURAL RESOURCES DEFENSE COUNCIL, INC.
Joel R. Reynolds
Stephen Zak Smith

By: /s/ Joel R. Reynolds /hg
Joel R. Reynolds

Attorneys for Plaintiffs Natural Resources Defense Council, Inc.; International Fund for Animal Welfare; Cetacean Society International; League For Coastal Protection; Ocean Futures Society; and Jean-Michel Cousteau

Dated: December 24, 2008

RONALD J. TENPAS
Assistant Attorney General
Environmental & Natural Resources Division

By: /s/ Kevin W. McArdle
KEVIN W. McARDLE
KRISTEN L. GUSTAFSON

MICHAEL R. EITEL
Trial Attorneys,
Wildlife & Marine Resources Section
United States Department of Justice
Environmental & Natural Resources Division

CHARLES R. SHOCKEY
GUILLERMO A. MONTERO
Trial Attorneys
Natural Resources Section
United States Department of Justice
Environmental & Natural Resources Division

FRANK R. JIMENEZ
General Counsel
Department of the Navy

ATTORNEYS FOR DEFENDANTS

DONALD C. WINTER, Secretary of the Navy, AND UNITED STATES DEPARTMENT OF THE NAVY